# 𝕽𝖎𝖈𝖍𝖒𝖔𝖓𝖉

## Jones v. Commonwealth.

December 6, 1906.

This case is ruled by *Hatcher & Shaw* v. *Commonwealth, ante,* page 827.

Error to a judgment of the Corporation Court of the city of Danville.

*Reversed.*

*Withers & Green* and *B. H. Custer,* for the plaintiff in error.

*Robert Catlett, Assistant to the Attorney-General,* for the Commonwealth.

Buchanan, J., delivered the opinion of the Court.

The questions involved in this case were all considered in the case of *Hatcher & Shaw* v. *Com'th,* in which an opinion has just been handed down.

For the reasons given in that opinion the judgment complained of in this case must be reversed, the verdict set aside, and a new trial granted.

*Reversed.*